Cyrus Safa
Nevada Bar No.: 13241
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail cyrus.safa@rohlfinglaw.com

Attorneys for Plaintiff
VIOLA GARCIA

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VIOLA GARCIA | Case No.: 2:18-cv-00631-APG-NJK |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR REMAND |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Viola Garcia and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 50 days from July 19, 2018 to September 7, 2018 for Plaintiff to file a Motion for remand, with all other dates in the Court's Order Concerning Review of Social Security Cases extended accordingly. This is Plaintiff's first

///

-1-

request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Due to heavy caseload counsel is in the process of transferring cases internally to prevent future issues of sort. Further counsel has ceased the intake of new cases

DATE: July 19, 2018          Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff Ms. Viola Garcia


DATE: July 19, 2018          DAYLE ELIESON
United States Attorney
MARK E. WOOLF
Assistant United States Attorney


/s/ *Michael K. Marriott*

BY: _____
Michael K. Marriott
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
Acting Commissioner of Social Security
|*authorized by e-mail|

DATED: July 20, 2018

IT IS SO ORDERED: _____

UNITED STATES MAGISTRATE JUDGE