DAYLE ELIESON
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

## LAS VEGAS DIVISION

| | |
|---|---|
| VIOLA GARCIA, | Case No: 2:18-cv-00631-APG-NJK |
| Plaintiff | |
| v. | **STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS MOTION TO AFFIRM** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | **(First Request)** |
| Defendant. | |

    Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, hereby requests an extension of time of thirty days from October 9, 2018 to November 8, 2018, to prepare and file her cross motion to affirm. This is the Commissioner's first request for an extension.

    Defendant respectfully requests this extension of time because of a very heavy workload, including four other merits matters due in the next two weeks, and because of the additional administrative tasks necessary to close out the federal fiscal year.

On October 9, 2018, Plaintiff's counsel informed Defendant by email that he had no objection to this extension.

Respectfully submitted,

Date: October 9, 2018                    LAW OFFICES OF LAWRENCE D. ROHLFING

By:     /s/* Cyrus Safa
        CYRUS SAFA
        *authorized by email October 9, 2018

        Attorneys for Plaintiff

Date: October 9, 2018                    DAYLE ELIESON
                                         United States Attorney

By:     /s/ Michael K. Marriott
        MICHAEL K. MARRIOTT
        Assistant Regional Counsel

        Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

IT IS SO ORDERED.

DATE:  Oct. 10, 2018             _____
                                 HONORABLE NANCY J. KOPPE
                                 United States Magistrate Judge

-2-