# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VIOLA GARCIA,<br><br> Plaintiff<br><br>v.<br><br>NANCY A. BERRYHILL,<br><br> Defendant | Case No.: 2:18-cv-00631-APG-NJK<br><br>**Order Accepting Report and Recommendation, Denying Motion for Remand, and Granting Motion to Affirm**<br><br>[ECF Nos. 19, 22, 24] |

  On December 17, 2018, Magistrate Judge Koppe recommended that I deny plaintiff Viola Garcia's motion to remand and grant the defendant's motion to affirm. ECF No. 24. Garcia did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

  IT IS THEREFORE ORDERED that Magistrate Judge Koppe's report and recommendation **(ECF No. 24) is accepted**, plaintiff Viola Garcia's motion to remand **(ECF No. 19) is DENIED**, and defendant's motion to affirm **(ECF No. 22) is GRANTED**. The clerk of court is instructed to enter judgment in favor of the defendant and against the plaintiff.

  DATED this 3rd day of January, 2019.

                     ANDREW P. GORDON
                     UNITED STATES DISTRICT JUDGE